[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12218
Non-Argument Calendar
_____

D.C. Docket No. 4:03-cr-00069-MW-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS NEAL MANNING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(August 12, 2019)

Before WILLIAM PRYOR, NEWSOM and GRANT, Circuit Judges.

PER CURIAM:

Attorney Richard Summa, appointed counsel for Marcus Neal Manning in this direct criminal appeal, has moved to withdraw from further representation of Manning and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Manning's supervised release and his resulting sentence are **AFFIRMED**.